UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

GRINNELL MUTUAL REINSURANCE )
COMPANY, )
                                     )
        Plaintiff, )
                                      )
        v. )      Cause No.: 3:23-cv-00160-MPB-CSW
                                      )
RUTH C. WILL, THOMAS LOCKYEAR, )
KAREN LOCKYEAR, JOE KOESTER, )
BRIAN KOESTER and J & B FARMS )
TRUCKING, LLC, )
                                      )
        Defendants. )

## <u>ORDER OF DISMISSAL</u>

Plaintiff, Grinnell Mutual Reinsurance Company, and Defendants, Ruth C. Will, Thomas Lockyear, Karen Lockyear, Joe Koester, Brian Koester, and J&B Farms Trucking, LLC by respective counsel, have filed their Stipulation of Dismissal.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be and hereby is dismissed, with prejudice, costs paid.

Date: December 19, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

<u>Distribution:</u>

*All counsel of record